UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN THE MATTER OF AN APPLICATION | : | DOCKET NO. 3:18MJ1408(HBF) |
| OF THE UNITED STATES OF AMERICA | : | |
| FOR A WARRANT FOR A GPS | : | |
| TRACKING DEVICE | : | July 14, 2020 |

## MOTION TO UNSEAL CASE

The United States of America, by John H. Durham, United States Attorney for the District of Connecticut, by Harold H. Chen, Assistant United States Attorney, moves the Court for an order unsealing this case. The prosecution of this case has concluded, and the case is now closed.

Respectfully submitted,

JOHN H. DURHAM
UNITED STATES ATTORNEY

   */s/ Harold H. Chen*
HAROLD H. CHEN
ASSISTANT UNITED STATES ATTORNEY
Federal Bar. No. ct24432
United States Attorney's Office
1000 Lafayette Boulevard, 10th Floor
Bridgeport, CT 06604
(203) 696-3000 / (203) 579-5575 (Fax)
Harold.Chen@usdoj.gov

The foregoing Motion is hereby GRANTED/DENIED this ____ day of _____, 2020.

_____
HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE